

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S. AND R.K.S.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

## ORDER

      The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to Wednesday, April 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:        Shannon Kathleen Dunn
        Law Office of Beth Watkins
        926 Chulie Dr
        San Antonio, TX 78216-6522

        Beth Watkins
        Law Office of Beth Watkins
        926 Chulie Dr
        San Antonio, TX 78216-6522

        Mark L. Medley
        Law Office of Mark L. Medley, P.C.
        901 NE Loop 410, Suite 903
        San Antonio, TX 78209

        Robert L. Graul, Jr.
        Attorney at Law
        115 E. Travis Street, Suite 312
        San Antonio, TX 78205